ment and orders affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

MINNA NIEMAN and DAVID NIEMAN, Appellants, v. THE CITY OF NEW YORK, Respondent.*— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.; Merrell and O'Malley, JJ., dissent.

MAXWELL E. ERDOFY, Respondent, v. THE NATIONAL CITY BANK OF NEW YORK, Appellant.— Judgment reversed and new trial ordered, with costs to the appellant to abide the event, on the authority of Richards v. National City Bank (231 App. Div. 559). Present — O'Malley, Merrell, Sherman and Townley, JJ.; Sherman, J., dissents and votes for affirmance.

MARIE LUBOMIRSKA, Respondent, v. THE NATIONAL CITY BANK OF NEW YORK, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, on the authority of Richard v. National City Bank (231 App. Div. 559). Present — O'Malley, Merrell, Sherman and Townley, JJ.; Sherman, J., dissents and votes for affirmance.

ALTER MIRSKI, Respondent, v. THE NATIONAL CITY BANK OF NEW YORK, Appellant. Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, on the authority of Richard v. National City Bank (231 App. Div. 559). Present — O'Malley, Merrell, Sherman and Townley, JJ.; Sherman, J., dissents and votes for affirmance.

ANTOINETTE FRELE RUSSO, an Infant by CARMINE FRELE, Her Guardian ad Litem, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

LOUIS NEWMAN, Appellant, v. MARY LEIVE, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

INDEPENDENT KALUSZER YOUNG MEN'S SICK BENEVOLENT SOCIETY, INC., and Others, Respondents, v. KALUSZER YOUNG MEN'S BENEVOLENT SOCIETY, INC., Appellant, Impleaded with Others.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

INDEPENDENT KALUSZER YOUNG MEN'S SICK BENEVOLENT SOCIETY, INC., and Others, Respondents, v. KALUSZER YOUNG MEN'S BENEVOLENT SOCIETY, INC., and Others, Defendants, Impleaded with JOSEPH HORNICK, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

INDEPENDENT KALUSZER YOUNG MEN'S SICK BENEVOLENT SOCIETY, INC., and Others, Respondents, v. KALUSZER YOUNG MEN'S BENEVOLENT SOCIETY, INC., and Others, Defendants, Impleaded with " JACOB " REITER and " JACOB " REINER, the Names " Jacob " Being Fictitious, etc., Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

IDA BARTNOFF and SIMON BARTNOFF, Respondents, v. MERCHANTS AND MANUFACTURERS SECURITIES CORPORATION and Another, Appellants, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants, appellants, to answer within twenty days from service of order

*Affd., 257 N. Y. 532.

upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

WALTER G. WILLIAMS and Others, Appellants, v. CHARLES J. HASKELL and Others, Defendants, Impleaded with CHARLES N. HASKELL, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

HENRY M. HUBSHMAN and Another, Respondents, v. NASCO IMPORT & EXPORT Co., INC., Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant Nasco Import & Export Co., Inc., to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

BANKERS TRUST COMPANY, as Executor, etc., of MARION S. WRIGHT, Deceased, Respondent, v. ALFRED M. BEDELL, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

BRADFIELD CAB SALES CORPORATION OF NEW YORK, Appellant, v. MASSACHUSETTS BONDING AND INSURANCE COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

MORRIS WALENSTEIN, Appellant, v. SCHAINUCK REALTY CORPORATION and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

SARAH MARGOLIN, Appellant, v. MAX MARGOLIN, Respondent.— Order modified by providing that the motion is granted upon payment by defendant of a full bill of costs to date of motion, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

FRANCES HEENAN BROWNING, an Infant, by CAROLYN M. HEENAN, Her Guardian ad Litem, Respondent, v. EDWARD W. BROWNING, Appellant.— Order so far as appealed from modified by reducing counsel fee to the sum of $2,500 and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

FRANCES HEENAN BROWNING, an Infant, by CAROLYN M. HEENAN, Her Guardian ad Litem, Respondent, v. EDWARD W. BROWNING, Appellant.— Order modified by reducing additional counsel fee to the sum of $250, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

ENEGLOTARIA MEDICINE Co., INC., Respondent, v. RUBIN BRUNER, Doing Business as FRATELLO CHEMICAL COMPANY, Defendant, Impleaded with HYMAN WEISS and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

DAVID H. VAN DAMM and Another, Appellants, v. SAMUEL GINSBERG and Others, Defendants, Impleaded with LESTER M. FRIEDMAN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

GERTRUDE T. SNODGRASS, Respondent, v. FRANK G. SNODGRASS, Appellant.—